FILED
CLERK, U.S. DISTRICT COURT

FEB – 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY          JD          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

Kevin James

                    Defendant.

Case No.: 8:24-CR-0102-JWH

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D. Cal.___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___instant allegations of abxonding; substance abuse; no viable swety; prior failures to appear___

and/or

B.    (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _criminal history (including firearm crimes)_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: _2/4/26_

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE